but also as to the fulfillment of the goal of investor protection embodied in the securities laws.

I would grant certiorari and invite the Solicitor General to participate in argument so that the public interest may be fully explored.

No. 579. FERRELL *v.* FULTON, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied. *Hilton R. Carr, Jr., Herbert A. Warren, Jr.,* and *E. David Rosen* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for respondent.

No. 580. TENNESSEE PACKERS, INC., FROSTY MORN DIVISION *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *George V. Gardner* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *George B. Driesen* for respondent. 

No. 511. BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA *v.* SOUTHERN RAILWAY Co. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE FORTAS, and MR. JUSTICE MARSHALL would grant the writ for the reasons stated in the dissent in *Transportation-Communication Employees Union* v. *Union Pacific R. Co.,* 385 U. S. 157, 168 (1966). *Charles T. Boyd, Harold C. Heiss* and *Donald W. Bennett* for petitioner. *Charles A. Horsky* for respondent. 

No. 641. HALL *v.* NATIONAL FARMERS ORGANIZATION, INC. C. A. 7th Cir. Certiorari denied. *William D. Hall,* petitioner, *pro se. Lee D. Sinclair* and *Alan W. Boyd* for respondent.